**Opinion issued December 10, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00801-CV

_____

## IN RE PAYTAB AUTOMOTIVE GROUP, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

In this original proceeding, relator, Paytab Automotive Group, seeks mandamus relief compelling the trial court to dismiss the real party in interest, Hesham El Hamayel's, claims for want of prosecution.[1]  The petition for writ of mandamus is **DENIED**.  All pending motions are **DENIED AS MOOT.**

---

[1] The underlying case is *Hesham El Hamayel v. Paytab Automotive Group, LLC.*, cause number 2009-55842, pending in the 164th District Court of Harris County, Texas, the Honorable Alexandria Smoots-Hogan presiding.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.